UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICIA JOHNSON                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 3:11CV-446-S

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                 DEFENDANT

## ORDER AND JUDGMENT

This matter is before the court for consideration of the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge that the final decision of the Commissioner of Social Security be affirmed.  The plaintiff, Patricia Johnson, has filed objections to the magistrate judge's report.  The court has conducted a *de novo* review of the magistrate judge's report in light of the objections thereto and the record as a whole.

The Commissioner affirmed the decision of the Administrative Law Judge denying Johnson's claim for Supplemental Security Income benefits.

In accordance with the memorandum opinion entered herein this date, **IT IS HEREBY ORDERED AND ADJUDGED** that the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge (DN 14) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY.**  The final decision of the Commissioner is **AFFIRMED**, and the complaint is **DISMISSED WITH PREJUDICE.**

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**

May 16, 2012

Charles R. Simpson III, Judge
United States District Court